# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA

## CASE NO.:

**KARINA OSTIGUY,**

    **Plaintiff,**

vs.

**I.C. SYSTEM, INC.,**

    **Defendant.**

_____/

## DEFENDANT'S NOTICE AND PETITION FOR REMOVAL

**TO:** The Honorable Judges of the United States District Court for the Northern District of Florida.

COMES NOW, Defendant and Petitioner for removal, I.C. SYSTEM, INC. ("Defendant"), and with reservation of all rights, hereby removes this action to the United States District Court for the Northern District of Florida from the County Court of the First Judicial Circuit, in and for Okaloosa County, Florida, Small Claims Division, the proceeding entitled and captioned: *KARINA OSTIGUY v. I.C. SYSTEM, INC.*, Case No.: 2022 SC 000600 C on the basis of federal question jurisdiction pursuant to 28 U.S.C. §§ 1441 and 1446(a). This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1367.

The Petition is based on the following grounds:

1. Plaintiff is KARINA OSTIGUY ("OSTIGUY" and/or "Plaintiff").

2. Defendant is I.C. SYSTEM, INC. ("ICS" and/or "Defendant").

3. The civil action was originally brought against them in the Superior Court of New Jersey, Law Division, Middlesex County, the proceeding entitled and captioned: *KARINA OSTIGUY v. I.C. SYSTEM, INC.*, Case No.: 2022 SC 000600 C. A copy of the Complaint served in that action, in addition to all process and pleadings served upon Defendant/Petitioner, is attached hereto.

4. The aforesaid action was commenced by service of process consisting of the Summons and Complaint, upon Defendant, on March 31, 2022.

5. The controversy herein between the Plaintiff and Defendant is a controversy based upon consumer protection right created by and enforced through federal statutes, 15 U.S.C. § 1692, *et seq.*, entitled the Fair Debt Collection Practices Act ("FDCPA").

6. The above-described action is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331, and is one that may be removed to this Court by the Defendant/Petitioner pursuant to the provisions of 28 U.S.C. § 1441(a), in that it is a civil action based upon a federal question over which this Court has original jurisdiction.

7. This Petition for Removal is filed with this Court within thirty (30) days after service on Defendant of the Complaint in the above-styled action and is, therefore, timely pursuant to 28 U.S.C. § 1446 (b).

8. Removal is proper because the Plaintiff's Complaint involves a federal question. 15 U.S.C. § 1692, *et seq.*, entitled the Fair Debt Collection Practices Act

("FDCPA"); *Long v. Bando Mfg. of Am., Inc.*, 201 F.3d 754, 757-58 (6th Cir. 2000); *Peters v. Union Pac. R.R.*, 80 F.3d 257, 260 (8th Cir. 1996).

9. All pleadings, process, orders, and other filings in the state court action available to Defendant are attached to this notice as required by 28 U.S.C. §1446(a).

10. Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

11. Defendant will promptly file a copy of this Notice of Removal with the clerk of the state court where the action has been pending and serve a copy of this Notice on counsel for Plaintiff.

WHEREFORE Defendant, I.C. SYSTEM, INC., respectfully requests that the above entitled action be removed from the County Court of the First Judicial Circuit, in and for Okaloosa County, Florida, Small Claims Division, to the United States District Court for the Northern District of Florida for all further proceedings.

Dated:  April 6, 2022

Respectfully submitted by:

/s/ Joseph C. Proulx
Joseph C. Proulx, Esq.
Florida Bar No.: 0056830
Dale T. Golden, Esq.
Florida Bar No.: 0094080
**GOLDEN SCAZ GAGAIN, PLLC**
1135 Marbella Plaza Drive
Tampa, Florida 33619
Phone: (813) 251-5500
Fax: (813) 251-3675
jproulx@gsgfirm.com
dgolden@gsgfirm.com
*Attorneys for Defendant I.C. System, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail this 6th day of April, 2022, to:

Jason Tenenbaum, Esq.
Tenenbaum Law Group, PLLC
1600 Ponce De Leon Blvd.
10th Floor
Coral Gables, FL 33134
Phone: 305-402-9529
Fax: 786-292-1949
Attorneys for Plaintiff

/s/ Joseph C. Proulx
Joseph C. Proulx, Esq.
Florida Bar No.: 0056830